**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 305 MAL 2016

         Respondent    :

         :    Petition for Allowance of Appeal from
         :    the Order of the Superior Court

         v.    :

MUHAMMUD BINABDULRAHI HILL,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.